# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146439 & (20)(21)(22)(26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK DANIEL MARVIN,
      Defendant-Appellant.

SC: 146439
COA: 312673
Wayne CC: 07-013433-01-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointed counsel, appeal bond, and an order to show cause are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013
_____

_____
Clerk

p0325